## ATTACHMENT A

The property to be searched is the TARGET PREMISES, which is located at 27 Langtree Drive, Pickerington, OH, 43147. The single-family residence is a two-story brick and stucco structure. This warrant authorizes the search of the residence, any vehicles located on the property, and any sheds or outbuildings on the curtilage.



## ATTACHMENT B
## ITEMS TO BE SEIZED

1. Any records or information related to the identity of potential co-conspirators regarding the SUBJECT OFFENSES;

2. U.S. Currency, jewelry;

3. Logbooks, records, payment receipts, notes, and/or computer lists, ledgers, and other papers relating to the purchasing, ordering, processing, storage, and distribution of illegal narcotics including all records of income and expenses;

4. Electronic equipment, such as but not limited to electronic media (computers, thumb drives, hard drives, floppy disk, DVD-R disks, camera systems with internal memory, etc), and any stored electronic data and/or communications contained therein;

5. Cellular telephone(s) and/or and any stored electronic data and/or communications contained therein;

6. Indicia of occupancy, residency, rental and/or ownership of the premises described above, or vehicles located thereon, including but not limited to utility and telephone bills, cancelled envelopes, keys, deeds, purchase lease agreements, land contracts, titles and vehicle registrations;

7. Documents, papers, records, related to the LLC's maintained by MUSICK, WOODEN, or any known or unknown conspirators;

8. The opening, search and removal, if necessary, of any safe or locked receptacle or compartment, as some or all of the property heretofore may be maintained;

The following documents and records of Courtney Musick, Charles Wooden, Donald Littlefield, ████████ Musick Properties, ZFK Investments, CCMW Investments, DAKM Holdings, Strongbridge Global, any other known and unknown entities or variations of such names where Musick et al maintain(ed) control:

1. All records related to the purchase, sale, transfer, possession, use, improvement, renovation, rehabilitation, refurbishment, lease, rental, valuation, and use of equity in any real estate or real property, including but not limited to the following properties:

   - 27 Langtree Drive, Pickerington, OH
   - 1157-1159 E. 18th Avenue, Columbus, OH
   - 962 E. 12th Avenue, Columbus, OH
   - 1440 E. 21st Avenue, Columbus, OH
   - 1485 Aberdeen Avenue, Columbus, OH
   - 1661 Genesseee Avenue, Columbus. OH
   - 545 N. Ohio Avenue, Columbus, OH

- 1520 Duxberry Avenue, Columbus, OH
- 1371 &1373 Aberdeen Avenue, Columbus, OH
- 1091 E. 15th Avenue, Columbus, OH
- 1594 E. Kenmore Road, Columbus, OH
- 454-455 Barnett Road, Columbus, OH
- 2419 Vendome Drive, Columbus, OH
- 1098 Pauline Avenue, Columbus, OH
- 1257 Riegelwood Lane, Columbus, OH
- 1108 Leona Avenue, Columbus, OH
- 2996 Langfield Drive, Columbus, OH
- 1350 Clinton Street, Columbus, OH
- 1475 E. Hudson Street, Columbus, OH
- 2331 Dunning Court, Columbus, OH
- 575 E. Stewart Avenue, Columbus, OH
- 2275 Hamilton Avenue, Columbus, OH
- 2461 Bremen Street, Columbus, OH
- 441-447 Barnett Road, Columbus, OH
- 2505-2507 Cleveland Avenue, Columbus, OH
- 1932 W. Mound Street, Columbus, OH
- 1436 Briarwood Avenue, Columbus, OH
- 284 S. Oakley Avenue, Columbus, OH
- 151 South Burgess Avenue, Columbus, OH
- 3216 E. 5th Avenue, Columbus, OH
- 1465 E. Kenmore Road, Columbus, OH
- 3137 Westerville Road, Lot 96, Columbus, OH
- 1471 24th Avenue, Columbus, OH
- 2341 Howey Road, Columbus, OH
- 13310 Durkee Avenue, Cleveland, OH
- 11217 Clarebird Avenue, Cleveland, OH
- 1125 Galewood Drive, Cleveland, OH
- 1162 E. 74th Street, Cleveland, OH
- 12000 Silmor Avenue, Cleveland, OH
- 12326 Tuscora Avenue, Cleveland, OH
- 3281 E. 118th Street, Cleveland, OH
- 1185 E. 145th Street, Cleveland, OH
- 671 E. 128 Street, Cleveland, OH
- 4159 E. 146th Street, Cleveland, OH
- 11322 Woodstock Avenue, Cleveland, OH
- 11526 Woodland Avenue, Cleveland, OH
- 1757 Alcoy Road, Cleveland, OH
- 851 Paxton Road, Cleveland, OH
- 3408 E. 140th Street, Cleveland, OH
- 11204 Parkview Avenue, Cleveland, OH
- 9331 Pratt Avenue, Cleveland, OH

- 7109 Lexington Avenue, Cleveland, OH

Such records should include but not be limited to the following:

- Purchase, sale and transfer records – including contracts, land contracts, agreements, correspondences, papers, records of purchase and/or down payments and payments made on notes and/or mortgages, records of payments received when sold, deeds, and all title company records
- Loan records – including mortgage, home equity lines of credit, and/or other loans for which the properties have been used as collateral. Such records may include applications, loan statements, and repayment histories revealing the date, amount and form of payments
- Lease and rental records – including tenant lists, tenant files, contracts, leases, agreements, records of rent payments received (including date, type payment received, amount and corresponding property for which payment was received)
- Improvement, rehabilitation and refurbishment records – including contracts, invoices, payment records, and receipts of payments made and supplies purchased
- Property appraisals
- Records and work papers reflecting basis and depreciation calculations and schedules

2. Personal, partnership, corporate, and/or joint financial records for which the above-named individuals and entities are participants and/or beneficial owners, including documents, records and other items relating to income, expenses, assets, liabilities, investments, joint ventures, partnerships, trusts, stock holdings, other records of ownership/financial interest in investments or businesses, gifts, loans issued and/or received and inheritances. Such documents may include copies of federal and state income tax and amended tax returns; personal finance documents; records of asset purchases and other expenditures; records of financial accounts, such as checking, savings, investment, retirement, insurance, money market, certificate of deposit accounts, and safety deposit boxes; credit card statements; and personal and corporate bookkeeping records and other financial records including personal and/or household income and expense tracking records, checkbook registers, general ledger, general journals, all subsidiary ledgers and journals, gross receipts and income records, cash receipts and disbursement records and/or journals, sales and purchase records and/or journals, accounts receivable and payable ledgers and records, bad debt records, loan receivable and payable documents and ledgers, voucher register and all sales and expense records documenting expenses paid by cash (currency ) or bank check (cashier or teller checks) and retained copies of any bank checks (cashier or teller checks).

3. Records of mortgages for which any of the above-named individuals or entities is grantee, lender, or participant as beneficial owner of lending entity (such as a corporation, partnership, or trust), including contracts, agreements, notes, funds issued (including date and form of payment), correspondences with mortgage grantor, papers, records of payments received, title company records, and records related to satisfaction of mortgage.

Records of this type should include but not limited to mortgages pertaining to the following properties:

- 1473-1475 Hildreth Avenue, Columbus, OH
- 2877 East 9th Avenue, Columbus, OH
- 5079 Gunston Drive, Columbus, OH
- 1455 Kenmore Road, Columbus, OH
- 3216 E. 5th Avenue, Columbus, OH
- 1935 Floral Avenue, Columbus, OH
- 987 Geers Avenue, Columbus, OH
- 192 Whitehorne Avenue, Columbus, OH
- 1414 East Blake Avenue, Columbus, OH
- 5377 Bleaker Avenue, Columbus, OH

4. Contact lists, address books, and/or any other records reflecting names, addresses, phone numbers, fax numbers, and email addresses.